FILED
CLERK, U.S. DISTRICT COURT
JUL 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN P. MONROY, | NO. CV 07-04773 JFW (SS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JEANNE WOODFORD, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 7/18/08

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE